FILED

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

98 JAN -8 PM 2: 46

U.S. DISTRICT COURT
N.D. OF ALABAMA

GLENDA WILSON,                  }
                                }
         Plaintiff,             }
                                }
v.                              }     CASE NO. CV 97-B-1682-S
                                }
CHARTER COMMUNICATIONS, LP,     }
                                }     ENTERED
         Defendant.             }
                                      JAN 8 1998

## MEMORANDUM OPINION

This case is before the court on Defendant Charter Communications III, L.P.'s Motion for Summary Judgment filed on November 5, 1997. Defendant moves for summary judgment on all claims raised by the plaintiff. By Order entered November 18, 1997, the court put the motion on a briefing schedule and set oral argument for 2:00 p.m. on December 29, 1997. Plaintiff's brief and evidence in opposition to the motion were due on or before December 8, 1997. Plaintiff did not file any evidence in opposition to defendant's Motion for Summary Judgment and did not submit a brief in opposition to the motion.

FED. R. CIV. P. 56(e) provides in pertinent part:

> When a motion for summary judgment is made and supported as provided in this rule, an adverse party may not rest upon the mere allegations or denials of the adverse party's pleading, but the adverse party's response, by affidavits or as otherwise provided in this rule, must set forth specific facts showing that there is a genuine issue for trial. If the adverse party does not so respond, summary judgment, if appropriate, shall be entered against the adverse party.

23

As noted, plaintiff did not file any evidence in opposition to the Motion for Summary Judgment. Based on the evidence filed by the defendant and the argument in its brief, the court concludes that defendant is entitled to judgment as a matter of law.

An Order granting defendant's Motion for Summary Judgment will be entered along with this Opinion.

DONE this 8th day of January, 1998.

*Sharon Lovelace Blackburn*
SHARON LOVELACE BLACKBURN
United States District Judge